Charles MASON et al., Appellants, v. Samuel W. ATKINS et al.

No. 12053.

Circuit Court of Appeals, Eighth Circuit.

June 16, 1941.

Leonard, Street & Deinard, of Minneapolis, Minn., for appellants.

Kingman, Cross, Morley, Cant & Taylor, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed, without costs to either party, pursuant to stipulation of parties; appeal bond of appellants canceled and liability of obligors discharged.

MIDLAND GARMENT MANUFACTURING COMPANY, a Corporation, Substituted Defendant for Master White Goods Company, a Corporation, Appellant, v. Frederick W. PEETZ.

No. 12052.

Circuit Court of Appeals, Eighth Circuit.

June 12, 1941.

Hiram A. Sturges, of Omaha, Neb., for appellant.

E. M. Harrington, of St. Louis, Mo., and Shotwell & Vance, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee and consent of appellant, at costs of appellant.

MISSOURI BANK & TRUST COMPANY, a Corporation, Appellant, v. UNITED STATES of America.

No. 12056.

Circuit Court of Appeals, Eighth Circuit.

June 21, 1941.

Michaels, Blackmar, Newkirk, Eager & Swanson, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Charles L. King, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, without costs to either party in this court, pursuant to motion of appellant and stipulation.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. G. S. LINSLEY, and W. L. Thrash, Doing Business as Midway Transportation Company.

No. 12055.

Circuit Court of Appeals, Eighth Circuit.

June 30, 1941.

Laurence A. Knapp, of Washington, D. C., Associate Gen. Counsel, National Labor Relations Board, for petitioner.

W. F. Reagan, of Glenwood, Ark., for respondents.

PER CURIAM.

Respondents ordered to refrain from doing certain things and to take certain affirmative action, on petition for enforcement, etc.